UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMOR M,<br><br>   Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No.:  20-cv-2084-DEB<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**[DKT. NO. 2]** |

Before the Court is Plaintiff Amor M.'s Application to Proceed with her Complaint in forma pauperis. Dkt. No. 2. A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all her assets, showing she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981) (internal quotations omitted). An affidavit is sufficient if it shows the applicant cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Id.* (internal quotations omitted).

Here, Plaintiff's application states she is unemployed, has limited assets, and $1,795.80.00 in monthly income. Dkt. No. 2 at 2. Plaintiff's only assets are a checking

account, with a balance of $7, and a 2014 Chevrolet Impala LT valued at $7,000. *Id*. at 2–3. Plaintiff's monthly expenses average $1,710.00 and include housing, food, car insurance, vehicle and credit card installment payments, and a storage unit. *Id*. at 4–5. Based on the foregoing, the Court finds Plaintiff has sufficiently shown she lacks the financial resources to pay the filing fee. Accordingly, Plaintiff's Application to Proceed with the Complaint in forma pauperis is GRANTED.

**IT IS SO ORDERED**.

Dated:  October 23, 2020

Honorable Daniel E. Butcher
United States Magistrate Judge